**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In Re: | PROCEEDING UNDER CHAPTER 13 |
| Misael Lozada | CASE NO. 13-24557-LMI |
| XXX-XX-1586 | |
| _____ Debtor _____ / | |

## MOTION TO REOPEN AND REINSTATE CHAPTER 13 CASE

**COMES NOW**, Debtor, Misael Lozada, by and through the undersigned counsel and files this Motion to Reopen and Reinstate Chapter 13 Case and states as follows:

1. That this case was dismissed on November 06, 2015 and closed on February 08, 2016.

2. That this case was dismissed because the debtor was not current with the post-petition payments to the trustee.

3. That simultaneously with the filing of this motion, a Motion to Modify Confirmed Chapter 13 Plan is being filed. Moreover, the proposed First Modified Plan makes the debtor current as of January, 2016.

4. That the undersigned counsel is holding funds in the amount of $4,820.42 that makes the debtor current and shows the debtor's good faith. **(Exhibit "A")**.

**WHEREFORE**, Debtor, Misael Lozada, respectfully requests to this court that this Motion to Reopen and Reinstate Chapter 13 Case be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855
___/s/ (FILED ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

Exhibit "A"

**MoneyGram International Money Order**
- Date: 11/25/2015
- Serial: 6951420341 / MONEY ORDER 5132
- Amount: $1,000.00 — ONE THOUSAND DOLLARS 00 CENTS
- Pay to the order of: Nancy K. Neidich, Trustee
- Purchaser signature: Misael Sosa (?)
- Address: 129 Pinocchio (?), Opa-locka, FL 33054
- Ref: #13-24557-BKC-LMI
- 55172341283412
- 0806600329109341
- Payable Through Wells Fargo Bank, N.A., Faribault, MN
- Issuer/Drawer: MoneyGram Payment Systems, Inc.
- :091900533: 695 1420341811° 90

**MoneyGram International Money Order**
- Date: 11/25/2015
- Serial: 6951420342 / MONEY ORDER 5761
- Amount: $205.06 — TWO HUNDRED FIVE DOLLARS 06 CENTS
- Pay to the order of: Nancy K. Neidich, Trustee
- Purchaser signature: Misael Sosa (?)
- Address: 129 Pinocchio (?), Opa-locka, FL 33054
- Ref: #13-24557-BKC-LMI
- 55172341283412
- 0806600329109342
- Payable Through Wells Fargo Bank, N.A., Faribault, MN
- Issuer/Drawer: MoneyGram Payment Systems, Inc.
- :091900533: 695 1420342911° 90

**Western Union Money Order**
- WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
- Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado
- 17-341891599
- A 330654 D 020816
- T 1428 02
- 17341891599S L 000005
- $ 500.00
- PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS
- Pay to the order of: Nancy K. Neidich, Trustee
- Purchaser's address: 1201 Pinocchio (?), Opa-locka, FL 33054
- Ref: 13-24557-BKC-LMI
- Purchaser's signature: Misael Sosa (?)
- :102100400: 40173418915995 11°

### MoneyGram International Money Order

**ACE CASH EXPRESS**

Date: 12/14/2015
Serial: 6951421217
MONEY ORDER 2697

Amount: **$205.12**
PAY EXACTLY TWO HUNDRED FIVE DOLLARS 12 CENTS

Pay to the order of: Marc K. Neidich Trustee
Reference: #13-24557-BKC-LMI

Purchaser signature: Mari Sosa
Address: 121 Dixie Ct, Opa Locka, FL 33054

5517234128 7412
2578200348179217

Payable Through Wells Fargo Bank, N.A., Faribault, MN
Issuer/Drawer: MoneyGram Payment Systems, Inc.

Money Order Number: 6951421217

`⑆091900533⑆ 695 14212174⑉ 90`

---

### Western Union Money Order

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Serial: 17-365801201

A 330654 D 020816
T 1433 02
173658012011 L 000005

Amount: **$205.12**

PAY EXACTLY TWO HUNDRED FIVE DOLLARS AND TWELVE CENTS
PAY TO THE ORDER OF: Marc K. Neidich Trustee — 13-24557-BKC-LMI
Purchaser's address: 121 Dixie Ct, Opa Locka, FL 33054
Purchaser's signature: Mari Sosa

`⑆102100400⑆ 4017365801201 1⑉`

---

### Western Union Money Order

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Serial: 17-365801200

A 330654 D 020816
T 1433 02
173658012002 L 000005

Amount: **$500.00**

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS
PAY TO THE ORDER OF: Marc K. Neidich Trustee — 13-24557-BKC-LMI
Purchaser's address: 121 Dixie Ct, Opa Locka, FL 33054
Purchaser's signature: Mari Sosa

`⑆102100400⑆ 4017365801200 2⑉`



